Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000777
03-OCT-2014
09:10 AM

NO. CAAP-14-0000777

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ORLANDO K. STEVENS-NAHIWA, also known as Orlando Nahiwa,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-14-022122)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On May 30, 2014, the appellate clerk informed the parties that the statement of jurisdiction was due on June 9, 2014 and the opening brief was due on July 9, 2014.

(2) Thereafter, Defendant-Appellant Orlando K. Stevens-Nahiwa (**Appellant**), pro se, failed to file said documents, and on July 28, 2013, the appellate clerk informed Appellant that the time to file the documents had expired, and pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 7, 2014, for such action as the court deemed proper, which could include dismissal.

(3)   On August 1, 2014, Appellant, pro se, filed a motion for relief from default.

(4) On August 13, 2014, the court granted the motion for relief from default, extending the deadline to file the statement of jurisdiction to August 23, 2014 and the deadline to file the opening brief to September 22, 2014.  The court ordered that no further extensions would be granted and cautioned that failure to timely file the opening brief may result in dismissal of the appeal.

(5) Appellant untimely filed the statement of jurisdiction on August 26, 2014.

(6) Appellant has filed no opening brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  October 3, 2014.

Chief Judge

Associate Judge

Associate Judge